**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| MELISSA GARDNER, et al. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:11-CV-00100-NKL |
| | ) |
| | ) |
| TITLEMAX OF MISSOURI, INC., | ) |
| d/b/a TITLEMAX | ) |
| | ) |
| Defendant. | ) |

**<u>DEFENDANT'S SUPPLEMENTAL SUGGESTIONS IN SUPPORT OF ITS MOTION TO COMPEL PLAINTIFFS COLEMAN AND VANOSTER TO INDIVIDUAL ARBITRATION AND TO DISMISS OR STAY PROCEEDINGS AND NOTICE OF THE UNITED STATES SUPREME COURT VACATING
*BREWER V. MISSOURI TITLE LOANS*</u>**

Stephen J. Torline  MO # 49483
Sean D. Tassi  MO # 59718
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
(816) 983-8000
(816) 983-8080 (fax)
stephen.torline@huschblackwell.com
sean.tassi@huschblackwell.com

Kyle P. Seelbach  MO # 60382
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
(314) 480-1500 (telephone)
(314) 480-1505 (facsimile)
kyle.seelbach@huschblackwell.com

***Attorneys for TitleMax of Missouri, Inc.***

Plaintiffs heavily rely on the opinion issued by the Supreme Court of Missouri in *Brewer v. Missouri Title Loans, Inc.* to support their argument that the class-waiver provision contained in their arbitration agreements makes those agreements unconscionable. *See* Pls.' Sugg. in Opp'n at 4-5. As Defendant explained in its previous supplemental suggestions, that argument is preempted by the United States Supreme Court's decision in *AT&T Mobility LLC v. Concepcion*, 563 U.S. ___ (2011).

If there was any doubt as to this, the United States Supreme Court removed it on May 2, 2011, when the Court granted certiorari in *Brewer*, vacated the judgment, and remanded the case back to the Supreme Court of Missouri for further proceedings in light of *Concepcion*. *Missouri Title Loans, Inc. v. Brewer*, Case No. 10-1027 (2011), a copy of the United States Supreme Court Order List is attached hereto as Ex. A. Simply put, *Brewer* is no longer good law and cannot support Plaintiffs' position. For this and the other reasons set forth in Defendant's earlier suggestions, the Court should grant Defendant's motion to compel arbitration and dismiss this case.

Dated: May 3, 2011                                    HUSCH BLACKWELL LLP

By: _____/s/ Stephen Torline_____

Stephen J. Torline    Mo. Bar #49483
Sean D. Tassi        Mo. Bar #59718
Husch Blackwell LLP
4801 Main, Suite 1000
Kansas City, Missouri  64112
(816) 983-8000
(816) 983-8080 (FAX)
stephen.torline@huschblackwell.com
sean.tassi@huschblackwell.com

Kyle P. Seelbach     Mo. Bar # 60382
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
(314) 480-1500
(314) 480-1505 (facsimile)
kyle.seelbach@huschblackwell.com

***Attorneys for TitleMax of Missouri, Inc.***

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was forwarded this 3rd day of May, 2011, via ECF to:

Dirk Hubbard
Amir Ardebili
Hubbard & Ardebili, L.L.C.
256 NE Tudor Road
Lee's Summit, Missouri 64086

Gene P. Graham, Jr.
White, Allinder, Graham, Buckley & Carr, L.L.C
19049 East Valley View Parkway, Suite C
Independence, Missouri 64055

John Campbell
The Simon Law Firm, P.C.
800 Market Street, Suite 1700
St. Louis, Missouri 63101

*Attorneys for Plaintiffs*

            /s/ Stephen Torline
          *Attorney for TitleMax of Missouri, Inc.*